PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Roxanne Cattaneo ) | Docket No. 1:15-cr-00264-WJM-01 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Roxanne Cattaneo, consent to this modification of my release conditions and agree to abide by this modification.

1) Submit to location monitoring, home detention, with radio frequency technology and comply with all program requirements and instructions provided. The defendant is restricted to her residence at all times except for employment, education, religious services, medical, substance abuse testing and treatment, mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by the supervising officer. Additionally, the defendant must pay all or part of the cost of the program based on her ability to pay as determined by the supervising officer.

_____  9-29-15      _____  9/29/15
Signature of Defendant     Date          Probation Officer            Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              10/1/15
Signature of Defense Counsel            Date

_____              10/1/15
Signature of Assistant U.S. Attorney    Date

[X]   The above modification of conditions of release is ordered, to be effective on
      **02 Oct 2015**

[ ]   The above modification of conditions of release is not ordered.

_____              **02 Oct 2015**
Signature of Judicial Officer           Date