IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: February 23, 2016 |
| Court Reporter:    Gwen Daniel | Probation: Paige Meador |
| | Time: 27 minutes |

_____

| | |
|---|---|
| Criminal Action No. 15-cr-00264-WJM | <u>Counsel</u>: |
| UNITED STATES OF AMERICA, | Celeste Rangel |
|         Plaintiff, | |
| v. | |
| 1.  ROXANNE CATTANEO, | Matthew Golla |
|         Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:30 a.m.    Court in Session

Appearances

Defendant is present and in custody

Oath administered to the defendant.

Sentencing Statement by Ms. Rangel

Sentencing Statement by Mr. Golla

The defense orally amends its Motion For Variant Sentence Pursuant to 18 U.S.C. § 3553(A) [Doc No. 37].

1

Argument/Discussion

**ORDERED:** The Defendant's orally-amended Motion For Variant Sentence Pursuant to 18 U.S.C. § 3553(A) [Doc No. 37] is DENIED.

**ORDERED:** Defendant's Motion For Variant Sentence Pursuant to 18 U.S.C. § 3553(A) [Doc No. 37] is GRANTED.

Defendant's Allocution

Defendant plead guilty to Count One of the Indictment on November 23, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Defendant, Roxanne Cattaneo, is sentenced to a period of PROBATION for 24 months.**

**The Bureau of Prisons shall release Ms. Cattaneo from custody as soon as practicable, but in no event later than one week from today, March 1, 2016.**

**While on probation, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and she shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and she shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Probation:**

    **1.** **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

  **2.**  **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

  **3.**  **The defendant shall remain medication compliant and shall take all medications that are prescribed by her treating health care provider. The defendant shall cooperate with random blood tests as requested by her treating health care provider and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.**

  **4.**  **The defendant shall complete 100 hours of community service during the first 12 months of Probation, as directed by the probation officer.**

**ORDERED:** **The defendant shall make Restitution in the amount of $40 to the victim identified in the Presentence Investigation Report, which shall be due and payable immediately.**

**ORDERED:** **The defendant shall pay a Special Assessment of $100, which shall be due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of her right to appeal both her conviction and sentence imposed except in very limited circumstances.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

10:57 a.m.  Court in Recess
       Hearing concluded